UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-4265-Louis

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                   WAIVER

Mario Palacios Palacios
    Defendant.
_____/

I, Mario Palacio Palacios, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to
   a preliminary hearing to 1/31/22

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on
   1/4/22, my right to
   a preliminary hearing to 1/31/22

DATED: 1/4/22

_____
Mario Antonio Palacios P.
Defendant

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to
a preliminary hearing to 1/31/22

DATED this 4th day of Jan., 2022, at Miami.
Southern District of Florida.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel