# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**      Date: 3/4/22      Time: 10:00 a.m.

Defendant: Mario Palacios-Palacios(J)      J#: 80505-509   Case #: 21-4265-LOUIS

AUSA: Walter Norkin                              Attorney: ALFREDO IZAGUIRRE (CJA)

Violation:   CONSP/PROVIDE MATERIAL SUPPORT RESULTING IN DEATH

Proceeding: Prelim/Arraignment                    CJA Appt:

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond:

Bond Set at: STIP PTD                              Co-signed by:

| | | |
|---|---|---|
| ☑ | Surrender and/or do not obtain passports/travel docs | Language:  Spanish |

| | |
|---|---|
| ☑ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person |
| ☑ | Random urine testing by Pretrial Services _____ Treatment as deemed necessary |
| ☐ | Refrain from excessive use of alcohol |
| ☐ | Participate in mental health assessment & treatment |
| ☐ | Maintain or seek full-time employment/education |
| ☐ | No contact with victims/witnesses |
| ☐ | No firearms |
| ☐ | Not to encumber property |
| ☐ | May not visit transportation establishments |
| ☑ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ |
| ☑ | Allowances: Medical needs, court appearances, attorney visits, religious, employment |
| ☑ | Travel extended to: |
| ☑ | Other: |

**Disposition:**

*Brady Ordered*

**WAIVER** of Preliminary Executed

Prel/Arr RESET

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:                    Place:

Report RE Counsel:

PTD/Bond Hearing:

*Preliminary/Arraignment:*   *4/4/22*          *10:00*          *Miami Duty*

Status Conference RE:

D.A.R. 10:06:14                                        Time in Court: 6