UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20104-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARIO ANTONIO PALACIOS PALACIOS, and
RODOLPHE JAAR,

    Defendant.

_____/

## ORDER GRANTING THREE PARTIES' JOINT MOTION TO CONTINUE CALENDAR CALL

**THIS CAUSE** came before the Court upon Government's Three Parties Motion to Continue Calendar Call **[DE: 30]**, Defendant Rodolphe Jaar's Notice of Joinder of Government's Joint Motion for Continuance of Trial **[DE: 32]**, and Defendant Mario Palacios Palacios' Motion to Adopt/Join Government's Joint Motion to Continue Calendar Call **[DE: 33]**. The Court having reviewed the issues at hand and being otherwise fully advised in the premises

After careful consideration, the Court finds that the ends of justice will be served by a continuance of the trial as to the Defendants as set forth below, and that an extension outweighs the interest of the public and the Defendants in a speedy trial. Therefore, it is

**ORDERED AND ADJUDGED** that a continuance is **GRANTED**.

The previous calendar call and trial date are CANCELLED. Trial in this cause is reset during the two-week trial period starting on **Monday, October 24, 2022 at 9:30 a.m.**, at the United States Courthouse, Courtroom 10-1, 400 North Miami Avenue, Miami, Florida. Calendar Call will be held on **Thursday, October 20, 2022 at 1:30 p.m.** at the same location. All counsel must be present at the calendar call.

The Court finds that the period of delay from July 7, 2022 to October 24, 2022, and any

other trial date set hereafter is excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 161(h)(7)(A). This Court finds that: 1) the period for delay resulting from the granting of this joint continuance, to and including the date the trial commences, is excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*; and 2) the ends of justice are served by granting the continuance and outweigh the best interest of the public and Defendants with regard to a speedy trial pursuant to 18 U.S.C. § 3161 because the failure to grant the continuance will prevent the Defendant from receiving an effective defense.

Parties shall file their joint proposed jury instructions as well as verdict forms and proposed voir dire questions if any, one week prior to calendar call. For all other pretrial deadlines, the parties shall refer to the Court's scheduling order **[DE: 20, DE: 28]** for applicable deadlines.

There will be no more continuances granted in this matter absent exigent circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
    U. S. Probation Office