UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,
vs.

MARIO PALACIOS PALACIOS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON APPOINTMENT OF CO-COUNSEL

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a hearing on Defendant Mario Palacios Palacios Motion to Appoint Second Chair Counsel [DE: 42].

**THE MATTER** was heard in front of Magistrate Judge Jacqueline Becerra on August 24, 2022 [DE: 45] at the request of the Defendant, the Defendant's Attorney. A Report and Recommendation was filed on August 29, 2022, recommending that the Defendant's Motion to Appoint Second Chair Counsel [DE: 42] be **GRANTED**.

The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 46] of United States Magistrate Judge Jacqueline Becerra, is hereby **AFFIRMED** and **ADOPTED** in

its entirety. Joaquin Mendez shall be appointed as second chair CJA counsel to represent Defendant Mario Palacios Palacios.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1 day of ~~August~~ September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Jacqueline Becerra
All Counsel of Record
U.S. Probation Office