# Government Exhibit 1 & 3

(Files provided to Clerk of Court in electronic format)