# Government Exhibit 2 & 4

(Filed Under Seal)