# Government Exhibit 5

FD-941.15 (Rev. 9-19-2017)
(Spanish)

# CONSENTIMIENTO PARA EFECTUAR BÚSQUEDAS EN COMPUTADORAS

Los Agentes Especiales del Buró Federal de Investigaciones (el FBI) me han pedido a mí, __Mario Antonio Palacios Palacios__

_____, que les permita una búsqueda completa por el FBI, o a quienes designen, de cualesquiera y de todas las computadoras, cualquier medio electrónico o medio óptico de almacenamiento de datos o sistema de recuperación, y de todos los equipos periféricos relacionados, descritos a continuación:

__Samsung A20   R58N50QA67M, Samsung A21 R58NA561058__
Marca, modelo y número de serie del *CPU* (si está disponible)

_____
Medios de almacenamiento o recuperación, periféricos de la computadora

_____,

y ubicados en __AC hotel, Kingston Jamaica__, de mi propiedad, en mi poder, bajo mi control o a los cuales tengo acceso, en procura de evidencia de algún delito u otra infracción de la ley. Las contraseñas, accesos o instrucciones requeridos para obtener el acceso a mi computadora son las siguientes: __no password for A20  A21 is "M"  7,4,1,5,3,6,9__

Se me ha informado de mi derecho a negarme a consentir a esta búsqueda, y otorgo mi consentimiento para que se realice dicha búsqueda voluntariamente y no como resultado de amenazas o promesas.

Autorizo a los agentes para que se lleven toda la evidencia hallada durante esta búsqueda, junto con el medio en el que se almacena, y todos los datos, equipos, programas de computadora y equipos periféricos asociados con la computadora.

__10/07/2021__
Fecha

__10/07/2021__
Fecha

__Mario Antonio Palacios Palacios__
Firma

__[signature] SA FBI__
Firma del testigo

__René Luna__
Nombre completo del testigo en letra de molde

__Kingston, Jamaica__
Lugar

__Daniel Rodriguez HSI  10/7/21__

MAPP - 000002

Hago constar por la presente que en el día_____del mes de_____en el año _____ en_____Agentes Especiales del Buró Federal de Investigaciones del Departamento de Justicia de EE.UU. llevaron a cabo una búsqueda completa de cualesquiera y de todas las computadoras, cualquier medio electrónico y/o medio óptico de almacenamiento de datos y/o sistema de recuperación, y de todos los equipos periféricos relacionados.

Hago constar por la presente que dichos agentes no se llevaron nada en mi posesión.

(Firma) _____

Testigos:

_____
Agente Especial
Buró Federal de Investigaciones
Departamento de Justicia de los EE.UU.

_____
Agente Especial
Buró Federal de Investigaciones
Departamento de Justicia de los EE.UU.