# Government Exhibit 6

FD-1081.15 (5-25-2011)
(Spanish)

# NOTIFICACIÓN DE LOS DERECHOS DE LOS SOSPECHOSOS BAJO CUSTODIA EXTRANJERA

Somos representantes del gobierno estadounidense. Aunque no nos encontremos en los Estados Unidos de América, las leyes estadounidenses le proveen a usted ciertos derechos al usted tratar con nosotros. Antes de que le formulemos cualquier pregunta, usted tiene que entender sus derechos:

Tiene el derecho a permanecer callado. Aún si ya ha hablado con otras personas, usted no tiene que hablar con nosotros en este momento.

Cualquier cosa que diga puede ser utilizada en su contra ante un tribunal.

Tiene el derecho a hablar con un abogado para que le aconseje antes de que le formulemos cualquier pregunta.

Tiene el derecho a tener a un abogado presente durante su interrogatorio.

Si no dispone de medios para pagarle a un abogado, tiene el derecho a que se le designe uno antes de que se le formule cualquier pregunta, si así lo desea.

Sin embargo, nuestra capacidad para proveerle un abogado en este momento puede estar limitada por las decisiones que las autoridades locales hayan tomado o por la disponibilidad de un abogado capacitado en los Estados Unidos de América.

Si decide contestar a las preguntas en este momento, en ausencia de un abogado, usted tiene el derecho a dejar de contestarlas en cualquier momento.

## CONSENTIMIENTO

He leído esta declaración acerca de mis derechos y comprendo cuáles derechos tengo. Estoy dispuesto(a) a contestar a las preguntas en este momento sin tener a un abogado presente.

Nombre: _Mario Antonio Palacios Palacios_

Firma: _[signature]_

Nombre del testigo: _Daniel Rodriguez / Reves Luna_

Firma del testigo: _[signatures]_

Fecha: _10/12/2021_

Hora: _4:20 pm_

Lugar: _AC Marriott Kingston, Jamaica_

MAPP - 000013