FILED BY MM D.C.

FEB 14 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  22-20104-CR-MARTINEZ/BECERRA(s)(s)(s)

18 U.S.C. § 2339A(a)
18 U.S.C. § 956(a)(1)
18 U.S.C. § 371
18 U.S.C. § 554
13 U.S.C. § 305
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 981(a)(1)(G)

**UNITED STATES OF AMERICA**

v.

**ARCANGEL PRETEL ORTIZ**
        a/k/a "Colonel Gabriel,"
**ANTONIO INTRIAGO,**
        a/k/a "The General,"
**WALTER VEINTEMILLA,**
**CHRISTIAN SANON,**
        a/k/a "Kumbe,"
        a/k/a "Pumba,"
        a/k/a "Bubba,"
**JAMES SOLAGES,**
        a/k/a "Yacov,"
        a/k/a "Junior,"
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
        a/k/a "Mr. White,"
        a/k/a "Blanco,"
**GERMAN ALEJANDRO RIVERA GARCIA,**
        a/k/a "Colonel Mike,"
**RODOLPHE JAAR,**
**MARIO ANTONIO PALACIOS PALACIOS, and**
**FREDERICK JOSEPH BERGMANN, Jr.,**

                **Defendants.**

_____

### THIRD SUPERSEDING INDICTMENT

The Grand Jury charges that:

<u>COUNT 1</u>
**Conspiracy to Provide Material Support and Resources**
**to Carry Out a Violation of Section 956(a)(1), Resulting in Death**
**(18 U.S.C. § 2339A(a))**

Beginning in or around February of 2021, and continuing through on or about July 7, 2021,

in the Southern District of Florida and in a place outside the United States, including Haiti and

elsewhere, the defendants,

**ARCANGEL PRETEL ORTIZ**
**a/k/a "Colonel Gabriel,"**
**ANTONIO INTRIAGO,**
**a/k/a "The General,"**
**WALTER VEINTEMILLA,**
**JAMES SOLAGES,**
**a/k/a "Yacov,"**
**a/k/a "Junior,"**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**a/k/a "Mr. White,"**
**a/k/a "Blanco,"**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**a/k/a "Colonel Mike,"**
**RODOLPHE JAAR, and**
**MARIO ANTONIO PALACIOS PALACIOS,**

did knowingly combine, conspire, confederate, and agree with each other and other persons known

and unknown to the Grand Jury, to provide material support and resources, as defined in Title 18,

United States Code, Section 2339A(b), that is, personnel, including themselves, and services,

knowing and intending that they be used in preparation for, and in carrying out, a violation of Title

18, United States Code, Section 956(a)(1), that is, a conspiracy to kill and kidnap a person outside

of the United States.

On July 7, 2021, the death of the President of Haiti, Jovenel Moise, resulted.

All in violation of Title 18, United States Code, Sections 2339A(a).

2

## COUNT 2
**Providing Material Support and Resources to Carry Out a Violation Resulting in Death**
**(18 U.S.C. § 2339A(a))**

Beginning in or around February of 2021, and continuing through on or about July 7, 2021, in the Southern District of Florida and in a place outside the United States, including Haiti and elsewhere, the defendants,

**ARCANGEL PRETEL ORTIZ**
**a/k/a "Colonel Gabriel,"**
**ANTONIO INTRIAGO,**
**a/k/a "The General,"**
**WALTER VEINTEMILLA,**
**JAMES SOLAGES,**
**a/k/a "Yacov,"**
**a/ka/ "Junior,"**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**a/k/a "Mr. White,"**
**a/k/a "Blanco,"**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**a/k/a "Colonel Mike,"**
**RODOLPHE JAAR, and**
**MARIO ANTONIO PALACIOS PALACIOS,**

did provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), that is, personnel, including themselves, and services, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956(a)(1), that is, a conspiracy to kill and kidnap a person outside of the United States.

On July 7, 2021, the death of the President of Haiti, Jovenel Moise, resulted.

All in violation of Title 18, United States Code, Sections 2339A(a) and 2.

## COUNT 3
### Conspiracy to Kill and Kidnap a Person Outside the United States
### (18 U.S.C. § 956(a)(1))

Beginning in or around February of 2021, and continuing through on or about July 7, 2021, in the Southern District of Florida and in a place outside the United States, including Haiti and elsewhere, the defendants,

**ARCANGEL PRETEL ORTIZ**
**a/k/a "Colonel Gabriel,"**
**ANTONIO INTRIAGO,**
**a/k/a "The General,"**
**WALTER VEINTEMILLA,**
**JAMES SOLAGES,**
**a/k/a "Yacov,"**
**a/k/a "Junior,"**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**a/k/a "Mr. White,"**
**a/k/a "Blanco,"**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**a/k/a "Colonel Mike,"**
**RODOLPHE JAAR, and**
**MARIO ANTONIO PALACIOS PALACIOS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, at least one of whom having been within the jurisdiction of the United States, to commit at a place outside the United States, acts that would constitute murder and kidnapping if these crimes were committed in the special maritime and territorial jurisdiction of the United States, that is, the murder and kidnapping of the President of Haiti, Jovenel Moise, and one or more conspirators did commit one or more acts within the jurisdiction of the United States, to effect the purpose and object of the conspiracy.

All in violation of Title 18, United States Code, Section 956(a)(1).

4

<u>COUNT 4</u>
**Conspiracy to Commit Offenses Against the United States**
**(18 U.S.C. § 371)**

Beginning in or around February of 2021, and continuing through on or about June 10,

2021, in the Southern District of Florida and in a place outside the United States, including Haiti

and elsewhere, the defendants,

**CHRISTIAN SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba," and**
**FREDERICK JOSEPH BERGMANN, Jr.,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

others known and unknown to the Grand Jury, to commit any offense against the United States,

that is:

(1)     fraudulently and knowingly export and send from the United States to Haiti

merchandise, articles, and objects, that is, ballistic vests, contrary to laws and regulations of the

United States, that is, Title 13, United States Code, Section 305 and Title 15, Code of Federal

Regulations, Part 30, and receive, conceal, buy, sell, and facilitate the transportation, concealment,

and sale of such merchandise, articles, and objects, prior to exportation, knowing the same to be

intended for exportation contrary to such laws and regulations of the United States, in violation of

Title 18, United States Code, Section 554; and

(2)     knowingly fail to file export information and knowingly submit false and

misleading export information through the Automated Export System in connection with the

export of the ballistic vests, in violation of Title 13, United States Code, Section 305.

**OVERT ACTS**

In furtherance of the conspiracy and to achieve the objects thereof, the defendants and others committed and caused to be committed, in the Southern District of Florida and elsewhere, at least one of the following overt acts, among others:

1.      On or about May 17, 2021, **CHRISTIAN SANON** signed a "Consultant Agreement" with the Counter Terrorist Unit Federal Academy and Counter Terrorist Unit Security (collectively "CTU"), two related South Florida-based companies of which ANTONIO INTRIAGO (elsewhere charged herein) and ARCANGEL PRETEL ORTIZ (elsewhere charged herein) were principals. Pursuant to the agreement, CTU would provide **SANON** with, among other things, ballistic vests for his "private military" forces in Haiti.

2.      On or about May 21, 2021, **CHRISTIAN SANON** and ANTONIO INTRIAGO transported a small number of the ballistic vests aboard a private flight from Florida to Haiti.

3.      On or about June 8, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** and ANTONIO INTRIAGO exchanged messages regarding shipping the ballistic vests from Florida to Haiti, during which INTRIAGO advised **BERGMANN** that **BERGMANN** could "send the vest [sic] as paintball protection vest [sic]," and **BERGMANN** responded: "I don't think they'll have a problem having my research company ship x-ray protective vests."

4.      On or about June 8, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** arranged for a shipping company in Florida to export the ballistic vests to Haiti. **BERGMANN** falsely represented to the shipping company that the goods to be shipped were "medical x-ray vests" with a total value of approximately $1,000.

5.      On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** signed a commercial invoice, dated June 10, 2021, for the export of the ballistic vests to Haiti, which falsely

described the goods being shipped as "medical x-ray vests" with a total value of approximately $1,000.

6.     On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** signed a shipper's letter of instruction, dated June 10, 2021, for the export of the ballistic vests to Haiti, which falsely described the goods being shipped as "medical x-ray vests."

7.     On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** sent to **CHRISTIAN SANON** the commercial invoice that falsely described the ballistic vests as "medical x-ray vests."

8.     On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** sent to **CHRISTIAN SANON** the shipper's letter of instruction that falsely described the ballistic vests as "medical x-ray vests."

9.     On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** sent a message to **CHRISTIAN SANON** and ANTONIO INTRIAGO, asking INTRIAGO to deliver the ballistic vests and copies of the commercial invoice to the shipping company the following morning.

10.    On or about June 9, 2021, **FREDERICK JOSEPH BERGMANN, Jr.** sent a message to **CHRISTIAN SANON** and ANTONIO INTRIAGO, informing **SANON** that the shipment would arrive in Haiti the following afternoon and ensuring that **SANON** would manage the coordination of the ultimate delivery of the ballistic vests to the Colombian nationals providing security to **SANON**.

11.    On or about June 9, 2021, **CHRISTIAN SANON** sent a message to **FREDERICK JOSEPH BERGMANN, Jr.** confirming the plans to receive and deliver the ballistic vests in Haiti.

12.     On or about June 10, 2021, ANTONIO INTRIAGO delivered the ballistic vests to the shipping company in Florida.

13.     On or about June 10, 2021, **CHRISTIAN SANON, FREDERICK JOSEPH BERGMANN, Jr.,** and their co-conspirators caused the shipping company to export the ballistic vests from Florida to Haiti.

14.     On or about June 10, 2021, **CHRISTIAN SANON** provided the shipping paperwork that falsely described the ballistic vests as "medical x-ray vests" to the individual in Haiti handling the Haitian customs process.

15.     On or about June 10, 2021, **CHRISTIAN SANON** coordinated the delivery of the ballistic vests to the Colombian nationals in Haiti.

All in violation of Title 18, United States Code, Section 371.

## COUNT 5
### Smuggling Goods from the United States
### (18 U.S.C. § 554)

On or about June 10, 2021, in Miami-Dade County, in the Southern District of Florida, Haiti and elsewhere, the defendants,

**CHRISTIAN SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba," and**
**FREDERICK JOSEPH BERGMANN, Jr.,**

fraudulently and knowingly exported and sent from the United States to a place outside thereof, that is, Haiti, any merchandise, articles, and objects, that is, ballistic vests, contrary to laws and regulations of the United States, that is, Title 13, United States Code, Section 305 and Title 15, Code of Federal Regulations, Part 30, and received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of such merchandise, articles, and objects, prior to

exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 6
**Submitting False or Misleading Export Information**
**(13 U.S.C. § 305)**

On or about June 10, 2021, in Miami-Dade County, in the Southern District of Florida, Haiti and elsewhere, the defendants,

**CHRISTIAN SANON,**
**a/k/a "Kumbe,"**
**a/k/a "Pumba,"**
**a/k/a "Bubba," and**
**FREDERICK JOSEPH BERGMANN, Jr.,**

knowingly failed to file export information and knowingly submitted false and misleading export information through the Automated Export System in connection with the export of ballistic vests from the United States to Haiti, in violation of Title 13, United States Code, Section 305; Title 13, Code of Federal Regulations, Section 30.71; and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Third Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ARCANGEL PRETEL ORTIZ, a/k/a "Colonel Gabriel," ANTONIO INTRIAGO, a/k/a "The General," WALTER VEINTEMILLA, CHRISTIAN SANON, a/k/a "Kumbe," a/k/a "Pumba," a/k/a "Bubba," JAMES SOLAGES, a/k/a "Yacov," a/k/a "Junior," JOSEPH JOEL JOHN, JOSEPH VINCENT, a/k/a "Mr. White," a/k/a "Blanco," GERMAN ALEJANDRO RIVERA GARCIA, a/k/a "Colonel Mike," RODOLPHE JAAR, MARIO ANTONIO PALACIOS PALACIOS, and FREDERICK JOSEPH BERGMANN, Jr.** have an interest.

2.      Upon conviction of a violation of, or a conspiracy to violate, Title 18, United States Code, Sections 2339A(a), 554, or 956(a)(1) as alleged in this Third Superseding Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Sections 2339A or 956(a)(1) as alleged in this Indictment, the defendant shall forfeit to the United States all assets, foreign or domestic:

    (i)    of any individual, entity, or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording any person a source of influence over any such entity or organization;

    (ii)    acquired or maintained by any person with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property;

    (iii)    derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in section 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or

    (iv)    of any individual, entity, or organization engaged in planning or perpetrating any act of international terrorism (as defined in section 2331) against any international

organization (as defined in section 209 of the State Department Basic Authorities Act of 1956 (22 U.S.C. § 4309(b)) or against any foreign Government,

pursuant to Title 18 United States Code, Section 981(a)(1)(G).

4.      Upon conviction of a violation of Title 13, United States Code, Section 305, as alleged in this Third Superseding Indictment, the defendant shall forfeit to the United States:

(i)      any of that person's interest in, security of, claim against, or property or contractual rights of any kind in the goods or tangible items that were the subject of the violation;

(ii)     any of that person's interest in, security of, claim against, or property or contractual rights of any kind in tangible property that was used in the export or attempt to export that was the subject of the violation; and

(iii)    any of that person's property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the violation,

pursuant to Title 13, United States Code, Section 305(a)(3).

5.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

(i)      Real property located at 3150 Islewood Avenue, Weston, Florida 33332.

6.      If any of the property described above, as a result of any act or omission of the defendant:

(i)      cannot be located upon the exercise of due diligence;

(ii)     has been transferred or sold to, or deposited with, a third party;

(iii)    has been placed beyond the jurisdiction of the court;

(iv)     has been substantially diminished in value; or

(v)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(G), and/or Title 13, United States Code, Section 305(a)(3), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

For MARKENZY LAPOINTE
UNITED STATES ATTORNEY

ANDREA GOLDBARG
ASSISTANT UNITED STATES ATTORNEY

MONICA K. CASTRO
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.:  **22-20104-CR-JEM(s)(s)(s)**

v.

ARCANGEL PRETEL ORTIZ, et al.,

**CERTIFICATE OF TRIAL ATTORNEY\***

_____/
**Defendants.**

**Superseding Case Information:**

**Court Division** (select one)

☑ Miami   ☐ Key West   ☐ FTP
☐ FTL   ☐ WPB

New Defendant(s) (Yes or No) **Yes**
Number of New Defendants **8**
Total number of New Counts **4**

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) **Yes**
    List language and/or dialect: Creole (Sanon, Vincent, John) & Spanish (Rivera, Palacios)

4.  This case will take **20** days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)
    I    ☐ 0 to  5 days
    II   ☐ 6 to 10 days
    III  ☑ 11 to 20 days
    IV   ☐ 21 to 60 days
    V    ☐ 61 days and over

    (Check only one)
    ☐ Petty
    ☐ Minor
    ☐ Misdemeanor
    ☑ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) **Yes**
    If yes, Judge **Martinez**                    Case No.  **22-20104-CR-MARTINEZ(s)(s)**

7.  Has a complaint been filed in this matter? (Yes or No) **Yes**
    If yes, Magistrate Case No.  21mj4265: 22mj2070; 22mj2251; 22mj4161; 23mj2178; 23mj2256; 23mj2257

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
    If yes, Judge _____   Case No. _____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) **No**

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
ANDREA GOLDBARG
Assistant United States Attorney
Court ID No.      A5502556

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  Arcangel Pretel Ortiz

**Case No**:  22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  Antonio Intriago

**Case No**:   22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name:**  Walter Veintemilla

**Case No:**  22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Christian Sanon

**Case No:** 22-20104-CR-JEM(s)(s)(s)

Count #: 4

Conspiracy to Commit Offenses Against the United States

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 5

Smuggling Goods from the United States

Title 18, United States Code, Section 554

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 6

Submitting False or Misleading Export Information

Title 13, United States Code, Section 305

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  James Solages

**Case No:**  22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

* **Max. Term of Imprisonment: Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Life**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  Joseph Joel John

**Case No:**   22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  Joseph Vincent

**Case No:**   22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(1)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  German Alejandro Rivera Garcia

**Case No**:  22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  Rodolphe Jaar

**Case No:**   22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Mario Antonio Palacios Palacios

**Case No**: 22-20104-CR-JEM(s)(s)(s)

Count #: 1

Conspiracy to Provide Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 2

Providing Material Support or Resources to Carry out a Violation of Section 956(a)(1), Resulting in Death

Title 18, United States Code, Section 2339A(a)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

Count #: 3

Conspiracy to Kill or Kidnap a Person Outside the United States

Title 18, United States Code, Section 956(a)(1)

**\* Max. Term of Imprisonment: Life Imprisonment**
**\* Mandatory Min. Term of Imprisonment (if applicable): N/A**
**\* Max. Supervised Release: Life**
**\* Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Frederick Joseph Bergmann, Jr.

**Case No:** 22-20104-CR-JEM(s)(s)(s)

Count #: 4

Conspiracy to Commit Offenses Against the United States

Title 18, United States Code, Section 371

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 5

Smuggling Goods from the United States

Title 18, United States Code, Section 554

* **Max. Term of Imprisonment: 10 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

Count #: 6

Submitting False or Misleading Export Information

Title 13, United States Code, Section 305

* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**