**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>22-20104-cr-MARTINEZ</u>**

**UNITED STATES OF AMERICA,**

**vs.**

**RODOLPHE JAAR,**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**MARIO ANTONIO PALACIOS PALACIOS, and**
**FREDERICK JOSEPH BERGMANN, Jr.**

        **Defendants.**

_____/

## <u>JOINT MOTION TO VACATE RESTITUTION HEARING</u><br><u>TO ALLOW FURTHER CONSULTATION WITH VICTIM</u>

The United States of America and the above captioned defendants, through their attorneys,[1] file this motion jointly requesting that the Court vacate the May 21, 2024 Restitution Hearing in this matter due to an agreed settlement in the matter.  However, the United States has been unable to reach one of the victims in this matter to ensure concurrence with the final settlement figure. While the United States has been consulting with this victim's attorney, who agrees with the terms of the settlement, that attorney has been unable to reach his client to obtain final concurrence.

Accordingly, in light of the likely settlement, the parties request that the Court vacate the hearing currently set on May 21, 2024, and order that the United States file a motion for the agreed-

---

[1] Counsel for the government has been unable to reach counsel for Bergmann, Henry Bell, this afternoon.  Upon information and belief, given the proposed settlement, Mr. Bell would not oppose this motion.

upon restitution order, or a status report on restitution, by close of business on May 24, 2024.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ *Andrea Goldbarg*
      /s/ *Monica K. Castro*
      Assistant United States Attorneys
      Court ID No. A5502556
      Court ID No. A5502776
      U.S. Attorney's Office
      Southern District of Florida
      99 N.E. 4th Street
      Miami, FL 33132-2111
      Telephone: (305) 961-9000
      Email: Andrea.Goldbarg@usdoj.gov
      Email: Monica.Castro@usdoj.gov

      MATTHEW G. OLSEN
      ASSISTANT ATTORNEY GENERAL

By:   /s/ *Frank V. Russo*
      Trial Attorney
      Court ID No. A5502917
      National Security Division
      Department of Justice
      950 Pennsylvania Avenue
      Washington, DC  20530
      Telephone: (202) 307-2898
      Email: Frank.Russo2@usdoj.gov

I HEREBY CERTIFY that on May 17, 2024,
I filed the foregoing pleading electronically
through the CM/ECF system, which caused counsel
of record to be served by electronic means.

*Frank V. Russo*
Trial Attorney

2
