**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20104-cr-MARTINEZ(s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA,**

**vs.**

**RODOLPHE JAAR,**
**JOSEPH JOEL JOHN,**
**JOSEPH VINCENT,**
**GERMAN ALEJANDRO RIVERA GARCIA,**
**MARIO ANTONIO PALACIOS PALACIOS, and**
**FREDERICK JOSEPH BERGMANN, Jr.**

        **Defendants.**
_____/

## JOINT MOTION FOR COURT ORDER APPROVING AGREED-UPON RESTITUTION AND FOR THE ENTRY OF AMENDED JUDGMENTS

The United States of America and the above captioned defendants, through their attorneys, file this motion jointly recommending that this Court set restitution to be paid by the Defendants, jointly and severally, in the amount of $5,305,387.50 for VICTIM 1 and $865,396.84 for VICTIM 2.

The United States will provide the Probation Office with a victim list, the victims' attorneys' contact information, and the amount of restitution that the victim is owed (the "Victim List"). The Probation Office will provide the Victim List to the Court by separate memorandum in order to preserve the confidentiality of the victims' identity and personal information.

**WHEREFORE,** the parties respectfully request that the Court set restitution in the amount of $5,305,387.50 for VICTIM 1 and $865,396.84 for VICTIM 2, order payment to be made to the victims set forth in the Victim List being provided to the Court by the Probation Office, and that

the Court enter amended judgments reflecting these restitution amounts, to be paid jointly and severally by the defendants.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     /s/ Andrea Goldbarg
        /s/ Monica K. Castro
        Assistant United States Attorneys
        Court ID No. A5502556
        Court ID No. A5502776
        U.S. Attorney's Office
        Southern District of Florida
        99 N.E. 4th Street
        Miami, FL 33132-2111
        Telephone: (305) 961-9000
        Email: Andrea.Goldbarg@usdoj.gov
        Email: Monica.Castro@usdoj.gov

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL

By:     /s/ Frank V. Russo
        Trial Attorney
        Court ID No. A5502917
        National Security Division
        Department of Justice
        950 Pennsylvania Avenue
        Washington, DC  20530
        Telephone: (202) 307-2898
        Email: Frank.Russo2@usdoj.gov

I HEREBY CERTIFY that on May 21, 2024,
I filed the foregoing pleading electronically
through the CM/ECF system, which caused counsel
of record to be served by electronic means.

Frank Russo
Trial Attorney