UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   <u>22-20104-CR-BECERRA</u>

**UNITED STATES OF AMERICA,**

v.

**ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO,
WALTER VEINTEMILLA,
CHRISTIAN SANON,
JAMES SOLAGES,
JOSEPH JOEL JOHN,
JOSEPH VINCENT,
GERMAN ALEJANDRO RIVERA GARCIA,
RODOLPHE JAAR,
MARIO ANTONIO PALACIOS PALACIOS,**
and
**FREDERICK JOSEPH BERGMANN, JR.,**

       **Defendants.**

_____/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as a counsel of record for the United States of America in this cause.

                    Respectfully submitted,

                    HAYDEN P. O'BYRNE
                    UNITED STATES ATTORNEY

BY:   *s/ Sean T. McLaughlin*
        SEAN T. MCLAUGHLIN
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5501121
        11200 NW 20th Street, Suite 101
        Miami, FL 33172
        (305) 715-7642/7654
        Email: Sean.McLaughlin@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

/s Sean T. McLaughlin
SEAN T. McLAUGHLIN
Assistant United States Attorney