UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20104-BECERRA (s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

v.

**ARCANGEL PRETEL ORTIZ, et al.,**

    **Defendants.**
_____/

<u>**MOTION TO TERMINATE APPEARANCE**</u>

The United States of America, through the undersigned Trial Attorney, respectfully requests that the Court direct the Clerk of Court to terminate the appearance of FRANK RUSSO on this docket. Mr. RUSSO is no longer employed by the National Security Division.

                          Respectfully submitted,

                          SUE J. BAI
                          Supervisory Official for the National
                          Security Division

                          <u>/s *Andrew Briggs*</u>
                          Trial Attorney
                          Court ID No. A5503251
                          National Security Division
                          Department of Justice
                          950 Pennsylvania Avenue
                          Washington, DC 20530
                          (202) 514-7739
                          Andrew.Briggs2@usdoj.gov

2

**Certificate of Service**

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s *Andrew Briggs*
Andrew Briggs
Trial Attorney