UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

    Defendants.
_____/

UNITED STATES' MOTION FOR LEAVE
TO ORDER TRANSCRIPT OF SEALED MOTION HEARING

The United States respectfully requests the Court's leave to order a transcript of the July 23, 2025, sealed hearing (DE 1145), which the Government wishes to maintain for its own records. The Government understands—based on the practice followed at prior sealed hearings, *e.g.*, (DE 1012, 1058)—that the court reporter shall not provide a transcript of any sealed hearing or sealed portion of a hearing absent a written order from the Court. Thus, the Government respectfully requests that the Court issue an order permitting the court reporter to provide a transcript of the sealed July 23, 2025 motion hearing.

                                        Respectfully submitted,

| | |
|---|---|
| HAYDEN P. O'BYRNE | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General for the National Security Division |
| | |
| By:   */s Sean T. McLaughlin* | */s Andrew Briggs* |
|       Sean T. McLaughlin | Andrew Briggs |

Assistant United States Attorney  
Court ID No. A5501121  
11200 NW 20th Street, Suite 101  
Miami, FL 33172  
(305) 715-7642/7654  
Sean.McLaughlin@usdoj.gov  

/s Jason Wu  
Jason Wu  
Assistant United States Attorney  
ID No. A5502299  
99 NE 4th Street  
Miami, FL 33132  
(305) 961-9226  
Jason.Wu@usdoj.gov  

/s Altanese Phenelus  
Altanese Phenelus  
Assistant United States Attorney  
FL Bar No. 112693  
99 N.E. 4th Street  
Miami, FL 33132  
(305) 961-9375  
altanese.phenelus@usdoj.gov  

Trial Attorney  
Court ID No. A5503251  
National Security Division – Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530  
(202) 514-7739  
Andrew.Briggs2@usdoj.gov  

## Certificate of Service

I hereby certify that on July 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and thereby served all counsel of record.

/s Andrew Briggs  
Andrew Briggs  
Trial Attorney  

2