**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>22-20104-CR-BECERRA</u>**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

**Defendants.**

_________________________________/

**UNITED STATES NOTICE OF CONVENTIONAL FILING OF TRIAL EXHIBITS**

**COMES NOW**, the United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Conventional Filing of Trial Exhibits pursuant to this Court's Order (DE 1697). The foregoing hard drive contains all the Government's exhibits introduced into evidence (DE 1662) during trial proceedings as to Defendants Ortiz, Intriago, Veintemilla, and Solages (DE 1674, 1675, 1676, 1677).

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Sean T. McLaughlin*

SEAN T. MCLAUGHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Email: Sean.McLaughlin@usdoj.gov