UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_________________________________/

**MOTION TO ADOPT, IN PART, CO-DEFENDANTS' "JOINT MOTION TO END SHU CONFINEMENT" (DE 2209), AS IT RELATES TO PROVIDING NON-PUNITIVE HOUSING TO DEFENDANT SAMIR HANDAL CONSISTENT WITH HIS NEEDED MEDICAL CARE, RIGHT TO COUNSEL, AND DUE PROCESS**

The Defendant, SAMIR HANDAL, through undersigned counsel, and pursuant to the Fifth and Sixth Amendments to the United States Constitution, respectfully requests that this Court permit him to adopt the "Joint Motion to End SHU Confinement, etc." (DE 2209), filed by the seventeen Colombian defendants named therein, and enter an order consistent with the relief sought therein as to his conditions of confinement. In support, Mr. Handal states as follows:

1. Mr. Handal was arrested on September 21, 2026. On September 28, 2026, he was denied bond. (DE 2033). As the Court is aware from prior filings in this case, Mr. Handal knew for many months before his arrest that he would be charged in this case, and he made no attempt to flee or otherwise obstruct justice. Instead, he retained counsel. Yet, since his arrest, Mr. Handal has been held, without justification, in the Special Housing Unit ("SHU") at FDC-Miami.

2. Mr. Handal is 68 years old and suffers from several chronic medical

conditions that require continued treatment during his detention. He has epilepsy, treated with levetiracetam (Keppra); severe obstructive sleep apnea, treated nightly with a CPAP machine; chronic bronchitis and COPD, treated with inhalers or nebulizers; urinary incontinence following prostate surgery, requiring the daily use of diapers; and significant cervical and lumbar spinal stenosis, including cervical spinal-cord compression and lumbar nerve-root crowding, which makes sitting on hard surfaces for extended periods prohibitively painful. Mr. Handal also suffers from wet macular degeneration in his left eye, which requires injections every two months, and he has no sight in his right eye.

3. Mr. Handal has pleaded not guilty and intends to proceed to trial. To that end, and against the background of his serious medical conditions, Mr. Handal's legal team, including undersigned counsel, Paul D. Petruzzi, Esq. and Beatriz D. Vazquez, Esq., as well as counsel's investigator, Yadira Reyeros, has been working to review the evidence and transcripts and otherwise prepare for trial in this matter, which is set to commence in December 2026.

4. At a minimum, undersigned counsel must review the transcripts and exhibits from two lengthy trials in this case, along with the contents of 150 devices containing approximately 85 terabytes of data. Undersigned counsel has already received one external drive of exhibits from the Coordinating Discovery Attorney ("CDA") in this case and expects to receive another within days. Conducting this review with Mr. Handal while he is confined in the SHU will be extraordinarily difficult and unnecessarily time-consuming. Indeed, given his medical conditions, requiring him to conduct this review with counsel while confined in the SHU will violate his right to the effective assistance of counsel.

5. According to staff at the Federal Detention Center, Mr. Handal and the other defendants in this case will be confined in the SHU for the foreseeable future. Based on undersigned counsel's experience, and as undersigned counsel has been informed by FDC staff, the only thing preventing Mr. Handal's placement in general population is the separation request filed by the United States Attorney's Office. Mr. Handal's detention in the SHU serves no penological purpose particular to him, and he has done nothing before or during his incarceration to justify it.

**WHEREFORE**, Mr. Handal, through undersigned counsel, respectfully requests that the Court permit him to adopt the "Joint Motion to End SHU Confinement, etc." (DE 2209), filed by the seventeen Colombian defendants named therein, and enter an order consistent with the relief sought therein as to his conditions of confinement.

Respectfully submitted,

Law Offices of Paul D. Petruzzi, P.A.
8101 Biscayne Blvd., PH 701
Miami, FL 33138
Telephone: (305) 373-6773
Facsimile: (305) 373-3832
E-mail: petruzzi-law@msn.com

By: */s/ Paul D. Petruzzi*
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059

E-mail: bvlaw@outlook.com

By: */s/ Beatriz D. Vazquez*
**BEATRIZ D. VAZQUEZ, ESQ.**
Florida Bar No. 1002875

*[The remainder of this page is intentionally left blank. Certificate of Service to follow.]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

By: *<u>/s/ Paul D. Petruzzi</u>*
**PAUL D. PETRUZZI, ESQ.**
Florida Bar No. 982059
Attorney for Defendant