UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAMIR HANDAL,

Defendant.
_______________________________/

**ORDER GRANTING DEFENDANT SAMIR HANDAL'S MOTION TO ADOPT, IN PART, CO-DEFENDANTS' JOINT MOTION TO END SHU CONFINEMENT [DE 2209]**

THIS MATTER is before the Court on Defendant Samir Handal's Motion to Adopt, in Part, Co-Defendants' "Joint Motion to End SHU Confinement" [DE 2209], as It Relates to Providing Non-Punitive Housing to Defendant Samir Handal Consistent with His Needed Medical Care, Right to Counsel, and Due Process. The Court has carefully considered the Motion and the record and is otherwise fully advised in the premises.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**, as follows:

1. Defendant Samir Handal is permitted to adopt the "Joint Motion to End SHU Confinement, etc." [DE 2209] as it relates to his conditions of confinement.

2. Any relief the Court grants on the Joint Motion to End SHU Confinement [DE 2209] as to the conditions of confinement of the co-defendants named therein shall apply equally to Defendant Samir Handal.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of ____________, 2026.

______________________________
HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record